UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) Case Number: 17-37957
Sandra Spicher )
)
) Chapter: 13
)
) Honorable Donald R. Cassling
)
Debtor(s) )

**ORDER AUTHORIZING SALE**

     THIS MATTER coming to be heard on Debtor;s Motion to Sell Real Estate, this Court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED:

1. The motion is granted;

2. Debtors are authorized to sell the property located at 1404 W. Elmdale Ave. #1W, Chicago, IL, for $264,000.

3. The lien of Wells Fargo Bank will be paid in full pursuant to an updated payoff letter obtained from the Wells Fargo Bank. If the sale proceeds are short of a full payoff the sale will be subject to Wells Fargo Bank approval.

3. The net proceeds of the sale, after all other liens are satisfied and all reasonable and customary costs of sale including but not limited to closing costs, broker's commissions and tax proration, shall be disbursed as follows:
    a) $10,000 to:
        Thomas H. Hooper
        Chapter 13 Trustee
        PO Box 588
        Memphis, TN 38101-0588
    b) The balance of the net proceeds shall be tendered directly to the Debtor.

4. Debtor shall tender a copy of the HUD or ALTA settlement statement to the Trustee within 10 days of the closing.

5. The sale must be completed and proceeds distributed accordingly within 60 days of the entry of this order or the order will no longer be valid.

Enter:

*Donald R. Cassling*
Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: November 22, 2021

**Prepared by:**

Form G5 (20200101_bko)

Kyle Dallmann
Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603